# EXHIBIT 7

**Infringement of U.S. Patent No. D1,072,023**

## EXHIBIT 7
## U.S. Patent No. D1,072,023
## Claim Chart

The claim charts provided herein are based on information obtained to date and may not be exhaustive. Plaintiff SZ DJI Technology Co., Ltd ( "DJI" or "Plaintiff")'s investigation of Defendants' Arashi Vision Inc. d/b/a Insta360; Arashi Technologie B.V. d/b/a Insta360; Istone Innovation Ltd. d/b/a Insta360; and Instone Technology (HK) Ltd. d/b/a Insta360 (collectively, "Insta360" or "Defendants") infringement is ongoing. Fact discovery has not begun, and to date, Plaintiff has not yet received documents from nor conducted any depositions regarding the Accused Products identified in the cover pleading to which this chart is attached. Plaintiff reserves the right to supplement and/or amend these charts to identify additional Accused Products, additional asserted claims, and/or to further identify where each element of each claim is found in Accused Product, including on the basis of discovery obtained from Defendants, or from third parties during the course of this litigation.

This chart addresses the sole claim of U.S. Patent No. D1,072,023 ("the 'D023 Patent")—the ornamental design for the article as shown and described. Design patent infringement is assessed under the ordinary-observer test, comparing the overall visual appearance of the claimed design with the accused product in light of the prior art. *See, e.g., Gorham Co. v. White*, 81 U.S. 511 (1871); *Egyptian Goddess, Inc. v. Swisa, Inc*., 543 F.3d 665 (Fed. Cir. 2008) (*en banc*). Solid lines are claimed; broken (dot-dash) lines depict unclaimed environment and form no part of the claimed design. The figure-by-figure comparison below is provided as an aid to that overall-appearance inquiry.

1

**Infringement of U.S. Patent No. D1,072,023**

**LEGEND**

| SHORTHAND | TITLE | URL |
|---|---|---|
| **BH PHOTO** | "Insta360 Luna Ultra Standard Combo (Cosmic Black)" | https://www.bhphotovideo.com/c/product/1964142-REG/insta360_cinsabta_luna01_luna_ultra_standard_bundle.html |
| **INSTA360 STORE** | "Insta360 Luna Ultra" | https://store.insta360.com/product/luna-series?from=banner |
| **INSTA360 PRODUCT** | "Insta360 Luna Ultra" | https://www.insta360.com/product/insta360-luna-ultra |
| **INSTA360 USER MANUAL** | "Insta360 Luna Ultra User Manual" | https://wassets.insta360.com/common/ccd245ad33044db189fded0453defa61/Luna%20Ultra_User%20Manual_EN.pdf |
| **SPEC** | "Insta360 Luna Ultra Full Specification," TheNewCamera, May 10, 2026. | thenewcamera.com/insta360-luna-ultra-full-specification/ |
| **REMOTE** | "Breaking News: Insta360 Luna Ultra Support Detachable Remote Screen and Controllers — Confirmed," TheNewCamera, May 9, 2026. | thenewcamera.com/breaking-news-insta360-luna-ultra-support-detachable-remote-screen-and-controllers-confirmed/ |
| **RETAIL** | "Exclusive: Insta360 Luna Ultra retail box confirms remote control with OLED display, 8K video," Notebookcheck (M. Filipov), May 9, 2026. | notebookcheck.net/Exclusive-Insta360-Luna-Ultra-retail-box-confirms-remote-control-with-OLED-display-8K-video-don-t-tell-DJI.1292599.0.html |

2

**Infringement of U.S. Patent No. D1,072,023**

| PROMO | "Insta360 Luna Ultra surfaces in detailed promo images ahead of launch," Gizmochina (Debasish), May 13, 2026. | gizmochina.com/2026/05/13/insta360-luna-ultra-surfaces-in-detailed-promo-images-ahead-of-launch/ |
|---|---|---|
| DOVEY | Jeven Dovey, "Insta360 Luna — a Pocket Gimbal with 2 lenses!!!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=bsRg83xqSu0 |
| COMINGSOON | Zander Round, "Insta360 Luna Ultra and Pro — COMING SOON!," YouTube, Apr. 20, 2026. | youtube.com/watch?v=7-62qick9uA |
| MANNING | david manning, "MASSIVE LEAK FROM @insta360 on their new top secret camera!," YouTube Shorts, Apr. 26, 2026. | youtube.com/shorts/azyQX5DPwDQ |
| SKRABA | Phillip Skraba, "FORGET the DJI Pocket 4 Pro, this is the Insta360 Luna Ultra," YouTube, Apr. 21, 2026. | youtube.com/watch?v=0BRZ1BeOAA0 |
| JULIAN | Otto Julian, "Hands-On the Insta360 Luna! Forget about the DJI Pocket 4!," YouTube, Apr. 21, 2026. | youtube.com/watch?v=OukhyTe1-6w |
| ZHOU | David Zhou, "The DJI Osmo Pocket 4 Killer?! (Insta360 Luna Ultra)," YouTube, Apr. 21, 2026. | youtube.com/watch?v=TR5D4lzCJ9E |
| FIRSTLOOK | Jake Sloan, "Insta360 Luna First Look: A Pocket 4 Killer?," YouTube, May 3, 2026. | youtube.com/watch?v=zrH_L5wNecs |
| KINGMI | Kingmi Mobile, "DJI Osmo Pocket 4 Pro Vs Insta360 LUNA Ultra Hand's On Comparison Cinematic Camera Test!," YouTube, May 14, 2026. | youtu.be/3MhwIoQZgZk |
| TECHTRAV | Tech Traveller, "Insta360 Luna Ultra Leaked - DJI Is In Trouble!," YouTube, May 16, 2026. | youtu.be/0WTIdmqDMKY |
| HAAPOJA | Matti Haapoja, "Insta360 LUNA Mini Gimbal Camera Better Than DJI Pocket 4?," YouTube, May 21, 2026. | youtube.com/watch?v=WgoJhvu3lxY |

**Infringement of U.S. Patent No. D1,072,023**

| WAITORNOT | "Insta360 Luna Ultra Is COMING! (Should You Wait… or NOT)," YouTube, May 22, 2026. | youtube.com/watch?v=zCWoPOmNesc |
|---|---|---|
| FLYTPATH | FlytPath, "@insta360 just announced the new dual lens, 10 bit, 1" sensor LUNA camera," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/gqbEPoy1g2I |
| ALLEN | Levi Allen, "FINALLY! Sneak peak at Luna…," YouTube Shorts, Apr. 20, 2026. | youtube.com/shorts/O0ufbOwytgo |
| TEASER | Insta360 (official), "Here's a sneak peek at Luna Series," YouTube Shorts, Apr. 21, 2026. | youtube.com/shorts/fcihJxPt78A |
| UNBOXING | "Present" is here! Yingshi Luna is here, unboxing the first online release! (translated), May 18, 2026. | https://www.xiaohongshu.com/explore/6a0ac688000000000702ce33?xsec_token=ABX1osUj2nqvowArm4ZnlPo-YIBce9jt5FNHsGyfUjFnE=&xsec_source=pc_search |
| MSN | Insta360 Luna Ultra surfaces in detailed promo images ahead of launch, May 13, 2026. | https://www.msn.com/en-us/news/technology/insta360-luna-ultra-surfaces-in-detailed-promo-images-ahead-of-launch/ar-AA234OxL#image=1 |
| DEMO | Insta360 Luna Ultra FINALLY Revealed – 8K Handheld Beast!, May 10, 2026 | youtube.com/watch?v=NhzdOUejAtU |

**Infringement of U.S. Patent No. D1,072,023**

**THE CLAIMED DESIGN — FIGURE-BY-FIGURE COMPARISON**

| U.S. D1,072,023 | Accused Products |
|---|---|
| Stabilized camera device | The Insta360 Luna provides a stabilized camera device.<br><br>[BH PHOTO]. |

5

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
|  | <br>[BH PHOTO]. |

6

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| |  [INSTA360 PRODUCT]. |

7

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[UNBOXING]. |

8

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| |  [REMOTE]. |

9

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
| --- | --- |
| | <br>[FLYTPATH]. |

10

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
|  |  [ZHOU]. |

11

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[INSTA360 STORE]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | **Luna Ultra Introduction**<br><br><br><br>[INSTA360 USER MANUAL]. |

13

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **1** is a top and front perspective view of a stabilized camera device showing the new design.  | |

[UNBOXING].

14

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| |  [INSTA360 PRODUCT]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[BH PHOTO]. |

16

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[REMOTE]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[INSTA360 STORE]. |

18

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **2** is a bottom and rear perspective view thereof.  | |

[FIRSTLOOK].

[INSTA360 STORE].

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[INSTA360 PRODUCT]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[FLYTPATH]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
|  | <br>[BH PHOTO]. |

22

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[BH PHOTO]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **3** is a front elevation view thereof.  | [REMOTE]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| |  [UNBOXING]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[BH PHOTO]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[DEMO]. |

27

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **4** is a rear elevation view thereof.  | [BH PHOTO]. |

28

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[DEMO]. |

29

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[FLYTPATH]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **5** is a left side elevation view thereof.  | [BH PHOTO]. |

31

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[RETAIL]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| |  [DEMO]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **6** is a right side elevation view thereof.  | [BH PHOTO]. |

34

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[RETAIL]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[DEMO]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **7** is a top plan view thereof.<br><br><br><br>FIG. 7 | <br>[BH PHOTO].<br><br><br>[FIRSTLOOK]. |

37

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[UNBOXING]. |

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| FIG. **8** is a bottom plan view thereof.  | [BH PHOTO].<br><br>[FIRSTLOOK]. |

39

**Infringement of U.S. Patent No. D1,072,023**

| U.S. D1,072,023 | Accused Products |
|---|---|
| | <br>[UNBOXING]. |