**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| SZ DJI TECHNOLOGY CO., LTD. and<br><br>*Plaintiff*,<br><br>v.<br><br>ARASHI VISION INC. d/b/a INSTA360;<br>ARASHI TECHNOLOGIE B.V. d/b/a<br>INSTA360; ISTONE INNOVATION LTD. d/b/a<br>INSTA360; and INSTONE TECHNOLOGY<br>(HK) LTD. d/b/a INSTA360,<br><br>*Defendants*. | CASE NO. 2:26-cv-00463<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SZ DJI Technology Co., Ltd. ("Plaintiff") hereby gives notice of dismissal of its Complaint against Defendants Arashi Vision Inc. d/b/a Insta360; Arashi Technologie B.V. d/b/a Insta360; Istone Innovation Ltd. d/b/a Insta360; and Instone Technology (HK) Ltd. d/b/a Insta360 (collectively, "Defendants") **without prejudice**. Plaintiff affirmatively represents that the Defendants have not filed or served an answer, nor a motion for summary judgment.

Dated: June 28, 2026

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By:  _/s/ David B. Conrad_

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Noel Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Michael R. Ellis
Texas Bar No. 24102726
ellis@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 – Facsimile

_Attorneys for Plaintiff_
_SZ DJI Technology Co., Ltd._

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 28, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/ David B. Conrad_

David B. Conrad