**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

SZ DJI TECHNOLOGY CO., LTD., §
   *Plaintiff*, §
    §
v. §
    §
ARASHI VISION INC. d/b/a INSTA360, §  CIVIL ACTION NO.  2:26-CV-00463-JRG
ARASHI TECHNOLGIE B.V. d/b/a §
INSTA360, ISTONE INNOVATION LTD. §
d/b/a INSTA360, and INSTONE §
TECHNOLOGY (HK) LTD. d/b/a §
INSTA360, §
   *Defendants*. §

## ORDER

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff. (Dkt. No. 11). In the Notice, Plaintiff states that it dismisses its case against Defendants without prejudice. (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all Plaintiff's claims against Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the parties in the case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case because no parties or disputes remain.

   **So ORDERED and SIGNED this 13th day of July, 2026.**

           _____
           RODNEY  GILSTRAP
           UNITED STATES DISTRICT JUDGE