AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>**Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court ____for the Eastern District of Texas____ on the following

☐ Trademarks or      ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:26 CV 463 | DATE FILED<br>6/11/2026 | U.S. DISTRICT COURT<br>for the Eastern District of Texas | |
|---|---|---|---|
| PLAINTIFF<br>SZ DJI TECHNOLOGY CO., LTD. | | DEFENDANT<br>ARASHI VISION INC. d/b/a INSTA360;<br>ARASHI TECHNOLOGIE B.V. d/b/a INSTA360; ISTONE<br>INNOVATION LTD. d/b/a INSTA360; and INSTONE<br>TECHNOLOGY (HK) LTD. d/b/a INSTA360 | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D1,110,390 | 1/27/2026 | SZ DJI TECHNOLOGY CO., LTD. |
| 2 | D1,072,023 | 4/22/2025 | SZ DJI TECHNOLOGY CO., LTD. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| The Court ACCEPTS AND ACKNOWLEDGES that all Plaintiff's claims against Defendants in the above-captioned<br>case are DISMISSED WITHOUT PREJUDICE. The parties are to bear their own costs and attorneys' fees. |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>S. Oliver | DATE<br>**7/14/2026** |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director      Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director      Copy 4—Case file copy**